UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-61847-CIV-DAMIAN

ZHANGNV GAO,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

ORDER ON PLAINTIFF'S *EX PARTE*
MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Zhangnv Gao's, *Ex Parte* Motion

for Entry of a Temporary Restraining Order, including a Temporary Injunction and a

Temporary Asset Restraint [ECF No. 12 (the "Motion")] against Defendants, the

Partnerships and Unincorporated Associations Identified on Schedule A (collectively the

"Defendants"), pursuant to 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, The All

Writs Act, 28 U.S.C. § 1651(a), and the Court's inherent authority.

THE COURT has carefully reviewed the Motion and the record and is otherwise fully

advised in the premises.

## I.     Factual Background

Plaintiff alleges that it is the owner of the EIDECHSE trademark, U.S. Trademark

Registration No. 7,321,531, which is valid and was registered on the Principal Register of the

United States Patent and Trademark Office on March 5, 2024 (the "EIDECHSE mark"). *See*

Declaration of Zhangnv Gao [ECF No. 10, ¶ 3]; *see also* United States Trademark

1

Registrations for the EIDECHSE mark [ECF No. 1-1]. The EIDECHSE mark is used in connection with various leather dyes and repair products. *See* Declaration of Zhangnv Gao, ¶ 6.

According to Plaintiff, Defendants, through internet-based e-commerce stores operating under their store aliases identified on Schedule A appended hereto, have advertised, promoted, offered for sale, or sold goods bearing or using what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the EIDECHSE mark. *See id*. ¶¶ 8-9 ("Defendants are operating through online storefronts on the Walmart.com ecommerce platform. These storefronts are identified in detail in Schedule A of the Complaint."). Plaintiff alleges that Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of Plaintiff's Marks. *See id*. ¶ 12 ("[N] none of Defendants hold the status of authorized retailer."); *see also id*. ¶ 14 ("[Plaintiff has] not licensed or authorized these Defendants to use its EIDECHSE trademark, and none of the Defendants are authorized retailers of genuine EIDECHSE Products.").

Further, Plaintiff's counsel states that he "reviewed the images and depictions displayed on the websites, including the domain name, product listing, information of the product, and detailed seller information of all sellers identified on Schedule A." *See* Declaration of Andrew Palmer in Support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order [ECF No. 11, ¶ 4], and "After reviewing the infringing evidence," believes that "it is apparent that the activities of the sellers identified in Schedule A are consistent with the general patterns of online counterfeiting activities." *See id*. ¶5.

## II.    Legal Standard

In order to obtain a temporary restraining order, a party must demonstrate that "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the nonmovant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1). An *Ex Parte* temporary restraining order "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Local No. 70*, 415 U.S. 423, 439 (1974).

## III.    Discussion

Initially, the Court notes that Plaintiff combined a Motion for Temporary Restraining Order in the same document with its Motion for Preliminary Injunction. This Court will only consider a Motion for Temporary Restraining Order on its own, and, therefore, to the extent the Motion requests a preliminary injunction, the Motion is due to be denied.

3

Moreover, any motion for entry of temporary restraining order or for entry of preliminary injunction must include detailed steps Plaintiff has taken to verify that this Court has personal jurisdiction over **EACH** Defendant. *See Meier ex rel. Meier v. Sun Int'l Hotels, Ltd.*, 288 F.3d 1264, 1268–69 (11th Cir. 2002) ("The plaintiff has the burden of establishing a *prima facie* case of personal jurisdiction over a nonresident defendant."). Plaintiff must sufficiently allege this Court's jurisdiction over **EACH** Defendant pursuant to Florida Statutes § 48.193(1)(a)(1)–(2) and § 48.193(1)(a)(6), or, in the alternative, Rule 4(k) of the Federal Rules of Civil Procedure. Review of the Motion reflects that Plaintiff has failed to identify the steps it has taken to verify that this Court has personal jurisdiction and what the basis for such jurisdiction is as to **EACH** Defendant identified in Schedule A as to which Plaintiff seeks relief from this Court. Therefore, absent such information, the Motion is due to be denied.

Additionally, as set forth above, when, as here, a motion requests entry of a temporary restraining order without notice to the adverse party or parties, the motion must also plead "specific facts in an affidavit or a verified complaint" that "clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," and the movant's attorney must certify "in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). Although Plaintiff's counsel has submitted an affidavit attesting to his knowledge, generally, from prior experience in similar cases, he has not specified facts regarding the facts and circumstances in the instant case nor measures he has taken in connection with the specific Defendants identified in this case. *See* ECF No. 11. Therefore, the undersigned finds the affidavit is insufficient to warrant *ex parte* relief.

Finally, review of the case management system in the Southern District of Florida reveals at least one other pending or recently pending case filed by the same Plaintiff in this District. *See* Case No. 23-CV-60278-RS. Therefore, this Court finds the following information is warranted and appropriate before relief may be granted in the instant case:

Counsel for Plaintiff shall file a verified response to this Order, which must include:

a. Whether counsel has conducted a search of case filings in the records of the Clerk of the United States District Court **for all districts** to ascertain whether Defendants have ever been sued *prior to the filing of this suit* for any alleged violations of Plaintiff's intellectual property rights.  If counsel did not conduct such a search prior to the filing of this lawsuit, counsel shall conduct that search prior to responding to this Order and indicate the results of that search in a verified response.

b. If there has been a prior suit of the nature referred to in paragraph 2(a), *supra*, counsel shall include in the verified response information about the present status of that litigation, if it is pending, and, if not pending, the nature of the disposition (*e.g.*, settlement, dismissal, or other disposition).

c. If a prior suit of the nature described in paragraph 2(a), *supra*, was resolved by settlement, counsel shall furnish to the Court specific details of that settlement, including any agreement for attorney's fees and costs that is either known to counsel or which can be ascertained with reasonable inquiry.  Copies of these documents shall be furnished with the response to this Order.  Counsel shall also explain whether Defendants have complied with any settlement agreement

and, if not, what actions Defendants must take to comply with that settlement agreement.

d. Counsel shall explain what efforts were taken by the parties to the prior litigation to enforce the terms of any prior settlement agreement.

## IV.    Conclusion

Upon review of Plaintiff's Complaint, Motion for Temporary Restraining Order, and supporting evidentiary submissions, it is hereby hereby

**ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction and a Temporary Asset Restraint **[ECF No. 12]** is **DENIED WITHOUT PREJUDICE.** It is further

**ORDERED AND ADJUDGED** that Plaintiff may file an amended Motion for Temporary Restraining Order that complies with the directives set forth above. Any such Motion must be filed within twenty (20) days of the date of the instant Order. Should Plaintiff fail to file an amended Motion within that time, the Court will set this case for trial and pretrial proceedings. It is further

**ORDERED AND ADJUDGED** that this case and all docket entries shall be **UNSEALED**. The Clerk of Court is directed to unseal these proceedings.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 3rd day of June, 2025.

---

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Stroe URLs |
|---|---|---|
| 1 | SHRKLD | https://www.walmart.com/seller/101661397 |
| 2 | guangzhouhengmaozemaoyiyouxiangongsi | https://www.walmart.com/seller/101672700 |
| 3 | Yanxing | https://www.walmart.com/seller/101657127 |
| 4 | Nallwabiu | https://www.walmart.com/seller/101640295 |
| 5 | BingYELH Fit-Home | https://www.walmart.com/seller/101668325 |
| 6 | mtvxesu Ltd | https://www.walmart.com/seller/101173374 |
| 7 | Wardrobe Inc. | https://www.walmart.com/seller/101248752 |
| 8 | Quinlirra | https://www.walmart.com/seller/101591744 |
| 9 | CHENXILEIABC | https://www.walmart.com/seller/101656997 |
| 10 | BAIULAOSHU | https://www.walmart.com/seller/101626841 |
| 11 | Midewhik | https://www.walmart.com/seller/101464698 |
| 12 | TUAnn | https://www.walmart.com/seller/101598196 |
| 13 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 |
| 14 | FANX | https://www.walmart.com/seller/101607161 |
| 15 | ShenZhenShiChunHeQing | https://www.walmart.com/seller/101628332 |
| 16 | GIIHGE LLC | https://www.walmart.com/seller/101690712 |
| 17 | NAMANYLE | https://www.walmart.com/seller/101224641 |
| 18 | YueFa | https://www.walmart.com/seller/101518170 |
| 19 | Uorcsa INC | https://www.walmart.com/seller/101669695 |
| 20 | Kugisaki | https://www.walmart.com/seller/101596263 |
| 21 | JIZHIXIAN | https://www.walmart.com/seller/101523263 |
| 22 | Nrnabes Co.Ltd | https://www.walmart.com/seller/101533660 |
| 23 | yuno Co. ltd | https://www.walmart.com/seller/101185243 |
| 24 | JIOAKFA Clothing Shop | https://www.walmart.com/seller/101180641 |
| 25 | SamFansar | https://www.walmart.com/seller/101276270 |
| 26 | Fairnull Co.Ltd | https://www.walmart.com/seller/101178807 |
| 27 | qiqimaoyi | https://www.walmart.com/seller/101506404 |
| 28 | shenzhenshinanchengdi | https://www.walmart.com/seller/101618569 |
| 29 | ATSE | https://www.walmart.com/seller/101598280 |
| 30 | ouldexa | https://www.walmart.com/seller/102489016 |
| 31 | Chicmine Co.Ltd | https://www.walmart.com/seller/101233145 |
| 32 | BPPMJUHGSA | https://www.walmart.com/seller/101644290 |
| 33 | GuangZhou qianjunzhenkejiyouxiangongsi | https://www.walmart.com/seller/101678028 |
| 34 | Kokovifyves | https://www.walmart.com/seller/101180360 |
| 35 | Huitao | https://www.walmart.com/seller/101213734 |
| 36 | rkwlnn | https://www.walmart.com/seller/101597198 |
| 37 | agaucu | https://www.walmart.com/seller/102481309 |
| 38 | Herunwer | https://www.walmart.com/seller/101618168 |
| 39 | cmKAlzd | https://www.walmart.com/seller/101630692 |
| 40 | sida | https://www.walmart.com/seller/101489824 |

1

| 41 | LIG87 | https://www.walmart.com/seller/101570408 |
|---|---|---|
| 42 | JHGoosa | https://www.walmart.com/seller/101614140 |
| 43 | QINGTE | https://www.walmart.com/seller/102499481 |
| 44 | 33uoii | https://www.walmart.com/seller/101175480 |
| 45 | LIU Clothes Store | https://www.walmart.com/seller/101294120 |
| 46 | MFJA Store | https://www.walmart.com/seller/101479574 |
| 47 | Yooshoverk Nice Essentials | https://www.walmart.com/seller/101501166 |
| 48 | vankin | https://www.walmart.com/seller/101633907 |
| 49 | WUXUANFU | https://www.walmart.com/seller/101647768 |
| 50 | Kayannuo | https://www.walmart.com/seller/101218043 |
| 51 | PEDTY HOME DECOR | https://www.walmart.com/seller/101585320 |
| 52 | Yanhecun | https://www.walmart.com/seller/101662922 |
| 53 | YRDB1 | https://www.walmart.com/seller/101570137 |
| 54 | HuiHP Co., LTD | https://www.walmart.com/seller/101638592 |
| 55 | Sun Star Store | https://www.walmart.com/seller/101093160 |
| 56 | XIAO House | https://www.walmart.com/seller/101087559 |
| 57 | Nestful Living | https://www.walmart.com/seller/101590193 |
| 58 | ZHONGYULI | https://www.walmart.com/seller/101519221 |
| 59 | FSXJYJJ | https://www.walmart.com/seller/101685307 |
| 60 | MeetToy | https://www.walmart.com/seller/101214766 |
| 61 | Linkywall | https://www.walmart.com/seller/101660394 |
| 62 | Rruiwen | https://www.walmart.com/seller/101627131 |
| 63 | IOQWEUOPT | https://www.walmart.com/seller/101653417 |
| 64 | Generico Co.Ltd | https://www.walmart.com/seller/101593689 |
| 65 | SYCMKUH | https://www.walmart.com/seller/101567642 |
| 66 | NIHOND | https://www.walmart.com/seller/101622092 |
| 67 | Uhansl | https://www.walmart.com/seller/101685292 |
| 68 | OFLALW Shop Clearance | https://www.walmart.com/seller/101190278 |
| 69 | Weloille | https://www.walmart.com/seller/101497396 |
| 70 | Fengga | https://www.walmart.com/seller/101645151 |
| 71 | WOCACHI | https://www.walmart.com/seller/102497369 |
| 72 | EOPUING | https://www.walmart.com/seller/101126885 |
| 73 | TJJMKIJSHUGDS | https://www.walmart.com/seller/101682129 |
| 74 | STAOEDU | https://www.walmart.com/seller/101245731 |
| 75 | GMGM Co.Ltd | https://www.walmart.com/seller/101509344 |
| 76 | SIfdSeng | https://www.walmart.com/seller/101511950 |
| 77 | Sunhillsgrace.Co. Ltd | https://www.walmart.com/seller/101225422 |
| 78 | Hmlai | https://www.walmart.com/seller/101644209 |
| 79 | Sagestore | https://www.walmart.com/seller/101137483 |
| 80 | Mbxmh Store | https://www.walmart.com/seller/102482105 |
| 81 | Royallove | https://www.walmart.com/seller/101246656 |
| 82 | Feokm store | https://www.walmart.com/seller/101695445 |

| 83 | Falleo | https://www.walmart.com/seller/101634043 |
| 84 | Honest Beauty | https://www.walmart.com/seller/102489408 |
| 85 | XYCHGRA | https://www.walmart.com/seller/101536145 |
| 86 | ZJLIKMOPJHF | https://www.walmart.com/seller/101646396 |
| 87 | Qinghuai | https://www.walmart.com/seller/102492163 |
| 88 | Uikceten | https://www.walmart.com/seller/101657156 |
| 89 | WFMBUH | https://www.walmart.com/seller/101581867 |
| 90 | Wieyrehs | https://www.walmart.com/seller/101636203 |
| 91 | Soikfihs | https://www.walmart.com/seller/101520075 |
| 92 | AUGETY Shop | https://www.walmart.com/seller/102481450 |
| 93 | XHLQCBL Clearance Sold | https://www.walmart.com/seller/101621047 |
| 94 | TUWEN | https://www.walmart.com/seller/102514430 |
| 95 | Oleegame | https://www.walmart.com/seller/101644942 |
| 96 | FOLAMADAK | https://www.walmart.com/seller/101634024 |
| 97 | Zengyong | https://www.walmart.com/seller/101537017 |
| 98 | HHTWRSFD | https://www.walmart.com/seller/101568106 |
| 99 | Gyouwnll Fashionable Attire | https://www.walmart.com/seller/101509299 |
| 100 | Tinyansi | https://www.walmart.com/seller/101609523 |
| 101 | Minghuorui Co., Ltd. | https://www.walmart.com/seller/101640015 |
| 102 | Kaixunba Co., Ltd. | https://www.walmart.com/seller/101666147 |
| 103 | eudgs | https://www.walmart.com/seller/101677946 |
| 104 | macaoaui | https://www.walmart.com/seller/101668686 |
| 105 | SHEYAGN | https://www.walmart.com/seller/101606960 |
| 106 | Helenmas | https://www.walmart.com/seller/101680645 |
| 107 | guangzhoujinchenghongmaoyiyouxiangongsi | https://www.walmart.com/seller/101685254 |
| 108 | WRDMNBV | https://www.walmart.com/seller/101586336 |
| 109 | piartly | https://www.walmart.com/seller/101342109 |
| 110 | Yline | https://www.walmart.com/seller/101473953 |
| 111 | WKWeiS | https://www.walmart.com/seller/101576001 |
| 112 | yunlongp | https://www.walmart.com/seller/101681009 |
| 113 | Tianfeng Co., LTD | https://www.walmart.com/seller/101656873 |
| 114 | duohahaa | https://www.walmart.com/seller/101294110 |
| 115 | NSESSHome | https://www.walmart.com/seller/101618308 |
| 116 | Ruhiku GW | https://www.walmart.com/seller/101180356 |
| 117 | Yutnsbel INC | https://www.walmart.com/seller/101585432 |
| 118 | NGHnuifg | https://www.walmart.com/seller/101674029 |
| 119 | SWSUSNHOMEPRODUCT | https://www.walmart.com/seller/101639994 |
| 120 | AaSFJEG | https://www.walmart.com/seller/101576708 |
| 121 | CAKVIICA INC | https://www.walmart.com/seller/101479830 |
| 122 | MOTAO.Co.Ltd | https://www.walmart.com/seller/101676326 |
| 123 | OAVQHLG3B | https://www.walmart.com/seller/101125945 |
| 124 | Hohaski | https://www.walmart.com/seller/101646265 |

| 125 | Huarll | https://www.walmart.com/seller/101368703 |
| 126 | GBAYXJ HOME | https://www.walmart.com/seller/101570547 |
| 127 | Fighty.CCY | https://www.walmart.com/seller/101279641 |
| 128 | KeShDi | https://www.walmart.com/seller/101614849 |
| 129 | UHGXA | https://www.walmart.com/seller/101670082 |
| 130 | Yshop | https://www.walmart.com/seller/101666018 |
| 131 | bingweia | https://www.walmart.com/seller/101673873 |
| 132 | Boxuan Home | https://www.walmart.com/seller/101680629 |
| 133 | cherybn | https://www.walmart.com/seller/101621084 |
| 134 | HYTuangt | https://www.walmart.com/seller/102478082 |
| 135 | JingHai | https://www.walmart.com/seller/101646304 |
| 136 | yanmin | https://www.walmart.com/seller/101623004 |
| 137 | JilgTeok | https://www.walmart.com/seller/101619194 |
| 138 | Blmiede | https://www.walmart.com/seller/101657880 |
| 139 | OJGEha | https://www.walmart.com/seller/101679051 |
| 140 | QJFCL | https://www.walmart.com/seller/101641477 |
| 141 | GEHGNA | https://www.walmart.com/seller/101685456 |
| 142 | Tuphregyow | https://www.walmart.com/seller/101253937 |
| 143 | SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI | https://www.walmart.com/seller/101614903 |
| 144 | YGUANGWENI | https://www.walmart.com/seller/101628640 |
| 145 | IUEYGA | https://www.walmart.com/seller/101688978 |
| 146 | KYWHSGABRS | https://www.walmart.com/seller/101655820 |
| 147 | Electricseller | https://www.walmart.com/seller/101633669 |
| 148 | JYGcdtg | https://www.walmart.com/seller/101666276 |
| 149 | ALOFUN Co.ltd | https://www.walmart.com/seller/101640050 |
| 150 | YINAVEN | https://www.walmart.com/seller/101628341 |
| 151 | jieadkavo | https://www.walmart.com/seller/101636173 |
| 152 | aqiobi | https://www.walmart.com/seller/101653499 |
| 153 | Lemononstore | https://www.walmart.com/seller/101639630 |
| 154 | SomWiBe | https://www.walmart.com/seller/101641199 |
| 155 | TKYWggg | https://www.walmart.com/seller/101654715 |
| 156 | OYLCBNYH | https://www.walmart.com/seller/101527244 |
| 157 | IEOWRUPQWEOR | https://www.walmart.com/seller/101676620 |
| 158 | SOOTOP | https://www.walmart.com/seller/102480797 |
| 159 | Guangzhouqihengzumaoyiyouxiangongsi | https://www.walmart.com/seller/101671271 |
| 160 | CZYSHP | https://www.walmart.com/seller/101645224 |
| 161 | Ultra-fast delivery | https://www.walmart.com/seller/101206001 |
| 162 | Saleteraj | https://www.walmart.com/seller/101609510 |
| 163 | MtsDJSKF | https://www.walmart.com/seller/102481313 |
| 164 | hahayi | https://www.walmart.com/seller/101687322 |
| 165 | YULANBI | https://www.walmart.com/seller/101654952 |

| 166 | HYanGa | https://www.walmart.com/seller/101691759 |
|-----|--------|-------------------------------------------|
| 167 | eryi | https://www.walmart.com/seller/102501213 |
| 168 | RTDBG | https://www.walmart.com/seller/101678958 |
| 169 | QQUAO | https://www.walmart.com/seller/101625971 |
| 170 | Beautiful family life | https://www.walmart.com/seller/101257360 |
| 171 | YXVWKN | https://www.walmart.com/seller/101616171 |
| 172 | Genrty | https://www.walmart.com/seller/101610692 |
| 173 | Huzouff | https://www.walmart.com/seller/101674136 |
| 174 | MJXSDAWX | https://www.walmart.com/seller/101622189 |
| 175 | ZhenYou | https://www.walmart.com/seller/101647648 |
| 176 | Ctnporpo Home | https://www.walmart.com/seller/101625747 |
| 177 | YUKIJIANG | https://www.walmart.com/seller/101647838 |
| 178 | UIX | https://www.walmart.com/seller/101646673 |
| 179 | jurcgs | https://www.walmart.com/seller/102477643 |
| 180 | yiapxobn | https://www.walmart.com/seller/102480465 |
| 181 | HGEGPO | https://www.walmart.com/seller/101634056 |
| 182 | JIA JIA SHUANG | https://www.walmart.com/seller/101590876 |
| 183 | Home Chic | https://www.walmart.com/seller/101679021 |
| 184 | FENGZZ | https://www.walmart.com/seller/101672347 |
| 185 | WYangO | https://www.walmart.com/seller/101696744 |
| 186 | Hongchenghuan Technology Inc | https://www.walmart.com/seller/101078912 |
| 187 | vovofine Co., LTD | https://www.walmart.com/seller/101294133 |
| 188 | WQJNWEQ (USA) | https://www.walmart.com/seller/101268030 |
| 189 | XEDZYT Clothing | https://www.walmart.com/seller/101365789 |
| 190 | Sharpstar Co.Ltd | https://www.walmart.com/seller/101267706 |
| 191 | Augper | https://www.walmart.com/seller/101447578 |
| 192 | Y's Home Store | https://www.walmart.com/seller/101456206 |
| 193 | LWZWM Clearance Sold | https://www.walmart.com/seller/101180299 |
| 194 | XEOVHVLJ | https://www.walmart.com/seller/101221856 |
| 195 | CICRKHB | https://www.walmart.com/seller/101495109 |
| 196 | Women clothing Store | https://www.walmart.com/seller/101229101 |
| 197 | CRCMJUHGSA | https://www.walmart.com/seller/101646534 |
| 198 | Apmemiss (USA) | https://www.walmart.com/seller/101518078 |
| 199 | WULJFENG | https://www.walmart.com/seller/101688995 |
| 200 | HGDHJO | https://www.walmart.com/seller/101610517 |

5