UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-61847-CIV-DAMIAN

ZHANGNV GAO,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

_____/

ORDER ON DEFAULT PROCEDURE
AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. Plaintiff,

Zhangnv Gao ("Plaintiff"), has filed a Motion for Default Judgment [ECF No. 38] without

having first filed a Motion for Clerk's Entry of Default. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.      Plaintiff shall submit a *Motion for Entry of Clerk's Default* no later than

**December 5, 2025**, that includes the certificate of service indicating that notice was sent

to *all* Defendants against whom default is sought, including the address to which it was

sent. Plaintiff's failure to file the *Motion for Entry of Clerk's Default* within the specified

time may result in a **dismissal** without prejudice and without further notice as to these

Defendants.

2.      Plaintiff's Motion For Default Judgment **[ECF No. 38]** is **DENIED**

**WITHOUT PREJUDICE**.

3.      The Clerk is directed to **CLOSE** this case for *administrative and statistical*

*purposes only*.

The Court nonetheless retains jurisdiction to address any future motions, and the case will be reinstated should counsel make an appearance on a Defendant's behalf in this matter.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of November, 2025.

MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

2